Battle Island Paper Company, Respondent, v. Pacific Coast Casualty Company, Appellant.— Judgment and order affirmed, with costs.   All concurred.

Iva May Hart, Respondent, v. William E. McKeever, Appellant.— Judgment and order affirmed, with costs.   All concurred, except Lambert, J., who dissented.

Louise Gutzmer, an Infant, etc., Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs.   All concurred.

Earl Langlois, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs.   All concurred.

Carthage Machine Company, Appellant, v. Island Paper Company, Respondent.— Motion to dismiss appeal held until the March term, with leave to the appellant in the meantime to show, by amendment of the judgment or otherwise, that it is aggrieved by the judgment entered upon its motion.

Hugh Barrett, Respondent, v. Buffalo General Electric Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo, for the Appointment of Commissioners of Appraisal to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands Claimed to Be Injured by the Change of Grade of Ferry Street, etc., and Claimed to Be Owned by Peter Hof and Others. (Proceeding No. 98.)— Motion granted, allowing claimant United States Cast Iron Pipe and Foundry Company and claimants Reeb and Neubecker to add to the record on appeal certain resolutions of the common council of the city of Buffalo as to Ferry street, French street and Box avenue, and certificates of recording of same by the city clerk of Buffalo.

Thomas Bianconi, Respondent, v. C. A. Frees, Appellant.— Motion granted and appeal dismissed, with costs.

Lida L. McGee, as Executrix, etc., of James S. McGee, Deceased, Respondent, v. Cast Thread Fitting and Foundry Company, Appellant. — Appeal dismissed, without costs, upon stipulation filed.

Robert G. Scott and Others, Respondents, v. Seneca River Power Company, Appellant.— Motion to dismiss appeal granted, unless appellant file and serve briefs by January twentieth.

James Storrier, Respondent, v. Mosier & Summers, Appellant.— Judgment and order affirmed, with costs.   All concurred, except Robson, J., who dissented.

James A. Young, Appellant, v. William McGraw, Respondent.— Judgment of County Court reversed and judgment of Justice's Court affirmed,